1  Lawrence H. Nagler (38120)
   David F. Berry (112743)
2  NAGLER & ASSOCIATES
   2300 S. Sepulveda Blvd.
3  Los Angeles, CA 90064
   (310) 473-1200 (tel)
4  (310) 473-7144 (fax)

5  Attorneys for Plaintiff Robert Cohen

6  Robert A. Ford (056311)
   David V. Roth (194648)
7  LEWIS BRISBOIS BISGAARD & SMITH LLP
   One Sansome Street, Suite 1400
8  San Francisco, CA 94104
   (415) 362-2580 (tel)
9  (415) 434-0882 (fax)

10 Attorney for Defendant Timbers Company, Inc.

11

12

13                   UNITED STATES DISTRICT COURT

14              FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16  ROBERT COHEN, an individual,        )  Case No.: C 05 03680 EDL
                                         )
17              Plaintiff,               )
                                         )
18       v.                              )  **STIPULATION AND (PROPOSED)**
                                         )  **ORDER RE: CASE MANAGEMENT**
    TIMBERS COMPANY, INC., a Colorado    )  **CONFERENCE AND RELATED**
19  corporation,                         )  **DATES**
                                         )
20              Defendant.               )
    _____ )  **Courtroom E, Magistrate Judge**
21                                          **Elizabeth D. Laporte**

22                                          Complaint filed: 9/13/05

23

24

25

26

27

28
                                    1

1     **WHEREAS**, Defendant Timbers Company, Inc. made a motion pursuant to FRCP 12(b)(2) to dismiss this matter for lack of personal jurisdiction; and

    **WHEREAS**, after hearing oral argument, the Court took the motion under submission on December 20, 2005; and

    **WHEREAS**, at that time the Court continued the initial Case Management Conference until February 21, 2006; and

    **WHEREAS**, the Court has not yet issued a ruling on the motion, such that the case is not yet at issue; and

    **WHEREAS**, pursuant to FRCP 26(f), the initial disclosures, etc. pursuant to FRCP 26(f) are required to be completed by January 31, 2006, and the parties are required to submit a written report by February 7, 2006; and

    **WHEREAS**, counsel for the parties believe it would be premature to undertake these efforts until the Court has ruled on the motion,

the parties hereby agree and stipulate, subject to order of the Court, that the Case Management Conference for February 21, 2006 be taken off calendar, and that it be rescheduled by the Court after the Court rules on the motion to dismiss of defendant Timbers Company, Inc. that is currently under submission.

Dated: January 27, 2006          NAGLER & ASSOCIATES

By: _David F. Berry_ (signature)
      David F. Berry

Attorneys for Plaintiff Robert Cohen

///
///
///

Case 3:05-cv-03680-EDL   Document 21   Filed 01/30/06   Page 3 of 5

01-27-06   03:30pm   From-Lewis Brisbois Bisgaard & Smith LLP   4154340882   T-623   P.002/002   F-853
Jan-27-06  11:22am   From-NAGLER&ASSOC,

| | |
|---|---|
| 1  Dated: January 27, 2006 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 2 | |
| 3 | By: /s/ Robert Ford |
|   | Robert A. Ford |
| 4 | Attorneys for Defendant Timbers Company, Inc. |
| 5 | |
| 6 | |
| 7 | ORDER |
| 8 | |
| 9 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 10 | |
| 11  Dated:    January 30, 2006 | GRANTED |
| 12 | /s/ Elizabeth D. Laporte |
| 13 | Judge Elizabeth D. Laporte |
|    | United States Magistrate Judge |
| 14 | |
| 15 | The case management conference is continued until March 7, 2006. Parties shall file a joint case management statement no later than February 28, 2006. |

3

STIPULATION AND (PROPOSED) ORDER RE: CASE MANAGEMENT CONFERENCE AND RELATED DATES
Case No.: C 05 03680 EDL

Dated: January ____, 2006                    LEWIS BRISBOIS BISGAARD & SMITH LLP


                                              By:_____
                                                    Robert A. Ford

                                              Attorneys for Defendant Timbers Company, Inc.


**ORDER**


PURSUANT TO STIPULATION , IT IS SO ORDERED.

Dated:

                                              _____
                                              Judge Elizabeth D. Laporte
                                              United States Magistrate Judge

F:\clients\Cohen\v. Timbers Co\Pleadings\Stipulation.CMC.wpd

3

**PROOF OF SERVICE**

STATE OF CALIFORNIA ) 
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2300 South Sepulveda Blvd., Los Angeles, California, 90064.

On January 27, 2006, I served the foregoing document described as: **STIPULATION AND (PROPOSED) ORDER RE: CASE MANAGEMENT CONFERENCE AND RELATED DATES,** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Robert A. Ford, Esq.<br>David V. Roth, Esq.<br>Lewis Brisbois Bisgaard & Smith LLP<br>One Sansome Street, Suite 1400<br>San Francisco, CA 94104<br>email: roth@lbbslaw.com<br>email ford@ldbb.com | Attorney for Defendants Timbers Company, Inc. |

<u>Chambers Copy by Hand Delivery to</u>:
Magistrate Judge Elizabeth D. Laporte
United States District Court, Northern District
450 Golden Gate Avenue
San Francisco, CA 94102-3483

(x) **BY MAIL (1013a, 2015.5 C.C.P.):** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposition for mailing in affidavit.

( ) **BY ELECTRONIC MAIL:** I caused the foregoing document to be served by electronically mailing a true and correct copy through Nagler & Associates' electronic mail system to the e-mail address(es) set forth above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 27, 2006 at Los Angeles, California.

_____
Jacqueline Neal

**PROOF OF SERVICE**