**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ROBERT A. FORD, CA SB# 056311
DAVID V. ROTH, CA SB# 194648
One Sansome Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
TIMBERS COMPANY, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT COHEN, an individual, | Case No.: C 05 03680 EDL |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER RE: EXTENSION OF DEADLINE FOR CONDUCTING MEDIATION |
| v. | |
| TIMBERS COMPANY, INC., a Colorado corporation, | Judge:  Magistrate Judge Elizabeth D. Laporte |
| Defendant. | Courtroom: E |
| | Complaint Filed: September 13, 2005 |

WHEREAS, this case has been scheduled for Mediation on June 7, 2006; and

WHEREAS, counsel for the Parties believe that it would be premature to conduct a Mediation at this time, until additional necessary parties have appeared in the case and discovery conducted concerning liability and damages has been accomplished; and,

WHEREAS, at least one proposed additional party needs to be served through the Hague Convention; and,

WHEREAS counsel for the parties believe that the mediation of this case should be conducted in December of 2006 to allow all parties to appear in the case and to be present at the mediation; and,

1

1  WHEREAS time to complete sufficient discovery will be available to conduct a
2  meaningful mediation by December 2006,
3  IT IS HEREBY STIPULATED, subject to approval by the Court, that the mediation
4  completion date be continued to December 8, 2006.

5

6  Dated: May 23, 2006                LEWIS BRISBOIS BISGAARD & SMITH LLP

7

8  By: /s/ Robert A. Ford
9  Robert A. Ford
   Attorneys for Defendant
10 TIMBERS COMPANY, INC.

11

12 Dated: May 19, 2006                NAGLER & ASSOCIATES

13

14 By: /s/ David F. Berry
   David F. Berry
15 Attorneys for Plaintiff
   ROBERT COHEN

16

17 PURSUANT TO STIPULATION, IT IS SO ORDERED.

18 Dated: May 23, 2006

19

20

21  _____
    Judge Elizabeth D. Laporte
22  MAGISTRATE JUDGE OF THE UNITED
    STATES DISTRICT COURT, NORTHERN
23  DISTRICT OF CALIFORNIA

*IT IS SO ORDERED*

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF DEADLINE FOR CONDUCTING MEDIATION
Case No.: C 05 03680 EDL