Richard S. Diestel, No. 095059
Alison M. Crane, No. 197359
**BLEDSOE, CATHCART, DIESTEL & PEDERSEN, LLP**
601 California Street, 16th Floor
San Francisco, California 94108-2805
Telephone:   (415) 981-5411
Facsimile:   (415) 981-0352

Attorneys Specially Appearing for Defendant
Kirk Brinks

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT COHEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TIMBERS COMPANY, INC., a Colorado corporation, et al.,<br><br>Defendants. | No. C 05-03680 EDL<br><br>**STIPULATION AND ORDER RE: DEPOSITION OF KIRK BRINKS AND ENLARGEMENT OF TIME**<br><br>Complaint Filed: September 13, 2005<br><br>Trial Date: June 18, 2007 |

Plaintiff Robert Cohen and defendant Kirk Brinks hereby agree and stipulate as follows:

WHEREAS, plaintiff Robert Cohen has filed a First Amended Complaint which names *inter alia* Kirk Brinks as a defendant;

WHEREAS, plaintiff has endeavored to effectuate service on Brinks and has filed Declarations of Service with the Court; and

WHEREAS, defendant Brinks challenges the sufficiency of the alleged service and this Court's jurisdiction over his person;

STIPULATION AND ORDER RE: DEPOSITION AND ENLARGEMENT OF TIME

1       1.      Defendant Brinks will agree to voluntarily sit for deposition in the United

2   States of America at a location of Brinks' choosing at a mutually convenient time

3   within the next sixty (60) days, and agree to answer all questions not subject to

4   privilege and any other objections available to him under the Federal Rules of

5   Civil Procedure.

6       2.      Plaintiff will pay for the actual cost of Brinks' coach airline travel to and

7   from the site of the deposition for said deposition at a cost not to exceed

8   $1,000.00.

9       3.      Plaintiff agrees that he will not attempt to serve Brinks at the time of the

10  deposition or in connection with his trip to or from the site of the deposition, or at

11  any other time or place prior to December 8, 2006.

12      4.      After completion of the deposition and the previously scheduled December

13  8, 2006 mediation, plaintiff will determine whether he wishes to proceed with this

14  action with respect to Brinks; if plaintiff determines to proceed against Brinks, he

15  will give written notice to counsel for Brinks who will have 20 days to challenge

16  service, jurisdiction, file any motion authorized by Federal Rule 12(b), answer or

17  otherwise respond to the First Amended Complaint (or any subsequent

18  complaint).

19      5.      In exchange for voluntarily providing this deposition, plaintiff Cohen

20  agrees that defendant Brinks reserves all rights and challenges with respect to the

21  service of the summons and the First Amended Complaint (or any subsequent

22  complaint filed in this matter).  This includes, but is not limited to, any challenges

23  to the service of summons in this matter or to the exercise of personal jurisdiction

24  over him by this Court.

25      6.      All parties to this stipulation agree that the filing of this document does not

26  constitute an appearance in this action by Kirk Brinks and does not, in any way,

27

28

-2-

**STIPULATION AND ORDER RE: DEPOSITION AND ENLARGEMENT OF TIME**

constitute a waiver of any rights or the ability to file any motion authorized by *inter alia* Federal Rule of Civil Procedure 12(b).

7.     Provided the deadlines set forth in this stipulation are met, plaintiff agrees he will not raise any issues about the timeliness on any motions to challenge the service of the summons or any challenges to the complaint and any delay in filing said motion due to this stipulation will not work in any way to the prejudice or disadvantage of Brinks and with this Court's order below, this Court will consider any Rule 12b motions by Brinks as if they had been filed and promptly noticed for hearing on October 2, 2006.

8.     Nothing about this stipulation and order shall be construed against Brinks for determining the adequacy of service or personal jurisdiction.

9.     Nothing about Brinks' agreement to participate in or his appearance at the deposition shall be construed against Brinks for determining the adequacy of service or personal jurisdiction.

10.     Any voluntary settlement of this action between plaintiff and Timbers Company, Inc. will include a dismissal with prejudice as to Brinks.

The parties agree to each of the terms of this stipulation and request that this Court order the implementation of this Stipulation.

Dated: September 29, 2006          BLEDSOE, CATHCART,
                                   DIESTEL & PEDERSEN, LLP


                                   By _____
                                      Richard S. Diestel
                                      Alison M. Crane
                                      Attorneys Specially Appearing for Defendant
                                      Kirk Brinks

*[Signature blocks and order continue on next page]*

-3-

STIPULATION AND ORDER RE: DEPOSITION AND ENLARGEMENT OF TIME

1    Dated: October 2, 2006                     NAGLER & ASSOCIATES

2

3                                       By  _David P Berry_____

4                                           David F. Berry
                                            Attorneys for Plaintiff ROBERT COHEN

5

6

7               PURSUANT TO STIPULATION, IT IS SO ORDERED

8

9    Dated:      October 6, 2006

10

11                                          Honorable _____ D. Laporte
                                            Magistrate Judge, United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RE: DEPOSITION AND ENLARGEMENT OF TIME

**PROOF OF SERVICE**

STATE OF CALIFORNIA      )
                               ) ss.
COUNTY OF LOS ANGELES   )

      I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 2300 South Sepulveda Blvd., Los Angeles, California, 90064.

      On October 2, 2006, I served the foregoing document described as: **STIPULATION AND ORDER RE: DEPOSITION OF KIRK BRINKS AND ENLARGEMENT OF TIME,** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Robert A. Ford, Esq. | Attorney for Defendants Timbers |
| David V. Roth, Esq. | Company, Inc. |
| Lewis Brisbois Bisgaard & Smith LLP | |
| One Sansome Street, Suite 1400 | |
| San Francisco, CA 94104 | |

(x)    **BY MAIL (1013a, 2015.5 C.C.P.):** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposition for mailing in affidavit.

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

      Executed on October 2, 2006 at Los Angeles, California.

_Jacqueline Neal_

**PROOF OF SERVICE**